**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 13-65-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | |
| **GARY JOSEPH CONTI,** | **FINAL ORDER IN GARNISHMENT** |
| **Defendant,** | |
| **TIAA-CREF and EQUITY TRUST COMPANY,** | |
| **Garnishees.** | |

Writs of garnishment, directed to the garnishees, have been duly issued and

served upon the garnishees. Pursuant to the writs of garnishment, the garnishees

have filed answers. The answer of Equity Trust Company was filed on April 10,

2015 (Dkt No. 363).   The answer of TIAA-CREF was filed on June 1, 2015 (Dkt

No. 365).   The answers stated that at the time of the service of the writ, garnishees

had in garnishee's possession, custody or control personal property belonging to and

due defendant.

On, September 26, 2016, the parties filed a Stipulation for entry of a final

order in garnishment.

IT IS THEREFORE ORDERED garnishees shall pay to plaintiff 50% of the

balance in the accounts held by them.   Payments shall be sent to:   Clerk of Court,

125 Central Avenue W., Suite 110, Great Falls, Montana 59401.

DATED this 26th day of September, 2016.


_____

Brian Morris
United States District Court Judge