# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **GARY JOSEPH CONTI,** Defendant. | CR 13-65-GF-BMM-003 **AMENDED ORDER** |

Upon consideration of the Motion and good cause appearing;

IT IS ORDERED that the restitution be disbursed on a pro-rate basis to the victims listed below for the following amounts. Discover Bank $18,972.16 and Central Bank of Oklahoma $409,909.40.

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH  43054-3025

Central Bank of Oklahoma
c/o Dale Prevett
P.O. Box 1768
Owasso, OK  74055

DATED this 16th day of March, 2020.

_____
Brian Morris
United States District Court Judge

1